## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY LAMAR MCWHITE,  )
                                             )  Civil Action No. 22-1497
       Petitioner,  )
                                             )  Magistrate Judge Maureen P. Kelly
         v.  )
                                             )  Re: ECF No. 13
ATTORNEY GENERAL JOSHUA SHAPIRO;  )
KEVIN RANSOM; *and* THE ATTORNEY  )
GENERAL OF THE STATE OF  )
PENNSYLVANIA,  )
                                             )
       Respondents.  )

## ORDER

AND NOW, this 15th, day of June, 2026 for the reasons stated in the Memorandum Opinion contemporaneously filed herewith, IT IS HERBEY ORDERED, ADJUDGED, and DECREED that Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a person in State Custody, ECF No. 13, is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, any party wishing to appeal from this Order must file a notice of appeal within 30 days (or 60 days if one of the parties is contemplated in Rule 4(a)(1)(B)), as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

1

Petitioner is referred to Rule 22 of the Federal Rules of Appellate Procedure and to 3d Cir. L.A.R. 22.1 for the timing requirements for applying for a certificate of appealability from the Court of Appeals (available at https://www2.ca3.uscourts.gov/legacyfiles/2011_LAR_Final.pdf).

BY THE COURT,

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:    Anthony Lamar McWhite
       KR-9589
       SCI Mahanoy
       301 Grey Line Drive
       Frackville, PA 17931

       All counsel of record (via CM/ECF)

2